Alexander S. STEWART,
Plaintiff–Appellant,

v.

DEPARTMENT OF the NAVY,
Defendant–Appellee.

No. 14–1754.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 20, 2014.

Alexander S. Stewart, Appellant Pro Se.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander S. Stewart appeals the district court's order dismissing without prejudice his civil complaint as frivolous pursu-

ant to 28 U.S.C. §§ 5, 1915(e)(2)(i) (2012).* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stewart v. Dep't of the Navy*, No. 4:14–cv–00071–MSD–TEM (E.D.Va. filed July 7, 2014 & entered July 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

\* We conclude that the order is final and appealable as no amendment to the complaint could cure the defects identified by the district court. *See Domino Sugar Corp. v. Sugar Workers Local Union* 392, 10 F.3d 1064, 1066–67 (4th Cir.1993).